UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Donovan L. Hanson                           Case No. 20-40514

Debtor(s).

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICE DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

☐ **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.

☑ **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  ☑ Debtor 1 was not employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: _____

  ☐ Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  ☐ Other (please explain): _____

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: _[signed] Donovan Hanson_      Date: 3/6/2021

****************************************************************************

☐ **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.

☐ **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  ☐ Debtor 2 was not employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: _____

  ☐ Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  ☐ Other (please explain): _____

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 2: _____      Date: _____

***IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, **routing numbers** and **account numbers** are **redacted** before filing. If the income records include the year to date amounts, you are only required to submit the first and last pay stubs from the previous 60 days.