# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Donovan Hanson

Case No. 20-40514

Debtor(s).

## SIGNATURE DECLARATION

- [ ] PETITION, SCHEDULES & STATEMENTS
- [ ] CHAPTER 13 PLAN
- [ ] VOLUNTARY CONVERSION, SCHEDULES & STATEMENTS
- [ ] AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
- [✓] MODIFIED CHAPTER 13 PLAN
- [ ] OTHER: PLEASE DESCRIBE: _____

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 5/10/2020

x _/s/ Donovan Hanson_
Signature of Debtor 1 or Authorized Representative

x _____
Signature of Debtor 2

Donovan Hanson
Printed name of Debtor 1 or Authorized Representative

_____
Printed Name of Debtor 2

TCF NATIONAL BANK
1405 XENIUM LN N
PLYMOUTH MN 55441

PAGE 1 OF 3
STATEMENT DATE
04-22-20

9442058171
2



S T A T E M E N T

```
    2       79 99
ANDREA VICTORIA HANSON
OR DONOVAN LEE HANSON
516 2ND ST S
   MONTROSE MN   55363-5447
```

ACHIEVE FINANACIAL WELLNESS

ENROLL IN DIGITAL BANKING
TO GET THE TOOLS TO BUILD HEALTHY HABITS:
SAFE, EASY-TO-USE MOBILE APP
QUICK GLANCE
CUSTOM ALERTS
BUDGET AND PLANNING TOOLS

## TCF AFFINITY CHECKING
**ACCOUNT NUMBER** 9442058171

STATEMENT PERIOD 03-24-20 THROUGH 04-22-20

YOU HAVE OPTED-IN TO TCF'S AUTHORIZATION AND PAYMENT OF OVERDRAFTS ON YOUR ATM AND EVERYDAY DEBIT
CARD TRANSACTIONS. YOU HAVE OPTED-IN TO TCF'S PAYMENT OF OVERDRAFTS DUE TO CHECKS, ELECTRONIC
TRANSACTIONS, AND TRANSFERS. SEE THE REVERSE SIDE FOR MORE INFORMATION.

**ACCOUNT SUMMARY**

| BALANCE 03-23-20 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 04-22-20 |
|---|---|---|---|
| 1,388.82 | 8,003.56 | 7,501.76 | 887.02 |

```
INTEREST EARNED IN STATEMENT PERIOD        .01
  ANNUAL PERCENTAGE YIELD EARNED       .00%

INTEREST PAID IN 2019           .04
```

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2350 | 1,623.34 | 0403 | 81486323 | * 2352 | 1,400.00 | 0415 | 84428957 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0324 | 19.00 | CASEYS MONTROSE<br>MONTROSE     MN US | 0330 | 69.95 | ZOTTERTHEPOTTER.CO<br>412-488-0121 PA US |
| 0325 | 101.50 | ATM 1300 BABCOCK BLVD E<br>MN000606    DELANO    MN | 0330 | 29.25 | AMZN Mktp US*CI751<br>Amzn.com/bil WA US |
| 0326 | 13.50 | TACO BELL #031015<br>BUFFALO     MN US | 0330 | 61.87 | AUTOMATED WITHDRAWAL<br>TARGET DEBIT CRD    ACH TRAN<br>BUFFALO     MN TARGET |
| 0327 | 11.95 | CHECK ORDER FEE<br>HARLAND CHECK MN    CHK ORDERS | 0331 | 39.35 | Sakura & Steak Hou<br>Buffalo     MN US |
| 0327 | 6.00 | HOLIDAY STATIONS 3<br>WAVERLY     MN US | 0402 | 142.34 | AUTOMATED WITHDRAWAL<br>COMENITY PAY CS    PHONE PYMT |
| 0327 | 89.51 | POS THE MARKETPLACE<br>60339401     ST. MICHAEL MN | | | |
| 0330 | 95.65 | POS CUB FOODS #155095<br>03799001     BUFFALO    MN | | | |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 612-823-2265 (TWIN CITIES), 1-800-823-2265 (TOLL FREE), OR
1-800-343-6145 (HEARING IMPAIRED). YOU CAN ALSO DIRECT INQUIRIES TO THE ADDRESS SHOWN AT THE TOP OF THIS PAGE.
TCF CHARGES UP TO $37 FOR OVERDRAFTS AND RETURNED ITEMS. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT
OVERDRAFTS.

TCF NATIONAL BANK
1405 XENIUM LN N
PLYMOUTH MN 55441



PAGE 2 OF 3
STATEMENT DATE
04-22-20

9442058171
2

# STATEMENT

2        79 99
ANDREA VICTORIA HANSON
OR DONOVAN LEE HANSON
516 2ND ST S
MONTROSE MN   55363-5447

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0402 | 423.75 | AUTOMATED WITHDRAWAL<br>VZ WIRELESS VN    E CHECK | 0413 | 159.10 | AUTOMATED WITHDRAWAL<br>COMCAST         CABLE |
| 0403 | 45.96 | SCHWANS HOME SERVI<br>MARSHALL    MN US | 0415 | 4.67 | 5-AH HERMEL FOOD 3<br>TROY      MI US |
| 0406 | 103.00 | ATM 555 HIWAY 55 E<br>IS1264      BUFFALO    MN | 0415 | 70.55 | POS CUB FOODS #155095<br>03799001    BUFFALO    MN |
| 0406 | 118.50 | POS CUB FOODS #155095<br>03799001    BUFFALO    MN | 0416 | 26.25 | HOLIDAY STATIONS 0<br>BUFFALO    MN US |
| 0406 | 98.82 | AUTOMATED WITHDRAWAL<br>TARGET DEBIT CRD   ACH TRAN<br>BUFFALO       MN TARGET | 0416 | 12.87 | HLU*Hulu 112547076<br>HULU.COM/BIL CA US |
| 0407 | 80.00 | AUTOMATED WITHDRAWAL<br>PSN*CITY OF MONT   BILL PAYME | 0417 | 67.44 | SCHWANS HOME SERVI<br>MARSHALL    MN US |
| 0413 | 20.00 | PAYPAL *ROGERSROYA<br>402-935-7733 CA US | 0417 | 1,473.09 | AUTOMATED WITHDRAWAL<br>XCEL ENERGY-MN    XCELENERGY |
| 0413 | 20.94 | ROGERS WINES AND S<br>ROGERS     MN US | 0420 | 235.35 | POS COSTCO WHSE #0648<br>99064813     MAPLE GROVE MN |
| 0413 | 28.01 | POS WALGREENS STORE 21495 14<br>99999999     ROGERS    MN | 0420 | 161.00 | AUTOMATED WITHDRAWAL<br>WESTERN NATIONAL   INS.PREM |
| 0413 | 27.98 | HOLIDAY STATIONS 0<br>ST MICHAEL   MN US | 0420 | 800.00 | AUTOMATED WITHDRAWAL<br>Carlson         WEB PAY |
| 0413 | 100.00 | ATM TCF PLYMOUTH<br>57001730     PLYMOUTH    MN | 0420 | 1.50 | AUTOMATED WITHDRAWAL<br>Convenience Fee   WEB PAY |
| 0413 | 26.35 | POS USPS PO 26647003<br>99999999     MONTROSE    MN | 0420 | 52.85 | AUTOMATED WITHDRAWAL<br>TARGET DEBIT CRD   ACH TRAN<br>BUFFALO     MN TARGET |
| 0413 | 107.32 | AUTOMATED WITHDRAWAL<br>TARGET DEBIT CRD   ACH TRAN<br>ROGERS        MN TARGET | 0422 | 10.73 | WWE NETWORK 512225<br>WATCH.WWE.CO NY US |
| 0413 | 24.32 | AUTOMATED WITHDRAWAL<br>TARGET DEBIT CRD   ACH TRAN<br>ROGERS        MN TARGET | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0326 | 627.98 | AUTOMATED DEPOSIT<br>W.E. NEAL SLATE    QUICKBOOKS | 0415 | 2,400.00 | AUTOMATED DEPOSIT<br>IRS   TREAS 310     TAX REF |
| 0331 | 1,423.25 | AUTOMATED DEPOSIT<br>PATTERSON CO P/R   PAYROLL | 0415 | 1,399.58 | AUTOMATED DEPOSIT<br>PATTERSON CO P/R   PAYROLL |
| 0402 | 593.98 | AUTOMATED DEPOSIT<br>W.E. NEAL SLATE    QUICKBOOKS | 0416 | 462.98 | AUTOMATED DEPOSIT<br>W.E. NEAL SLATE    QUICKBOOKS |
| 0409 | 593.98 | AUTOMATED DEPOSIT<br>W.E. NEAL SLATE    QUICKBOOKS | 0422 | .01 | INTEREST PAID |

| Check | Date | Number | Amount |
|---|---|---|---|
| Pay to Freedom Mortgage, Sixteen hundred twenty three and 34/100 | 4/3/2020 | 2350 | 1,623.34 |
| Pay to Freedom Mortgage, Fourteen hundred and 00/100 | 4/15/2020 | 2352 | 1,400.00 |

## HOW TO BALANCE YOUR ACCOUNT

1. Check off in your check register each transaction shown on the front of this statement.
2. ENTER your ending balance from the front of your statement on this line:      $ _____
3. ADD any deposits or additions not shown on the statement, including ATM deposits:

$ _____   $ _____   $ _____   $ _____   $ _____    Total Additions (+)   $ _____

                                                                                                                      Subtotal   $ _____

4. SUBTRACT any checks written or withdrawals made that are not shown on this statement, such as bill payment withdrawals, automatic withdrawals, ATM withdrawals, check printing charges, service fees, check card, and other transactions:

$ _____   $ _____   $ _____   $ _____   $ _____

$ _____   $ _____   $ _____   $ _____   $ _____    Total Subtractions (-)   $ _____

This adjusted statement balance should agree with your check register balance   $ _____

## IF YOUR ACCOUNT BALANCE AND ADJUSTED STATEMENT BALANCE DO NOT AGREE

1. Verify that all differences were corrected from your last month's statement.
2. Check additions and subtractions in your checkbook.
3. Make sure that you listed all of your outstanding checks and deposits.
4. Make sure you have recorded all electronic transfers, automatic deposits or withdrawals, fees, interest deposits, and all automatic bill payment and ATM activities and other transactions.
5. Compare the amount of each check and deposit with the amount recorded on this statement and in your checkbook.
6. Call us if you have a problem balancing your account.

## INFORMATION CONCERNING YOUR CONSUMER CHECKING OR SAVINGS ACCOUNT STATEMENT

**You Choose How TCF Handles Your Overdrafts.** You can tell TCF if you do not want us to authorize and pay overdrafts on your **consumer checking account** for your ATM and everyday debit card transactions. You can select or change this option by calling TCF Customer Service at 1-866-823-4472, or for hearing impaired (TDD) 1-800-343-6145. Be aware that TCF charges fees for paying your overdrafts, and, depending on your account type, if we return items without paying them. We can change these fees at any time. For more information, call us at the number above, or see your account disclosures and the notice called *What You Need to Know about Overdrafts and Overdraft Fees*. You can get this at any TCF branch or at tcfbank.com.

**In Case of Errors or Questions About Your Electronic Transfers.** If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, telephone us or write us at the phone number or address shown on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the suspected error or problem appeared. Give us the following information: 1) your name and account number; 2) the dollar amount of the suspected error; and 3) a description of the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. If you need more information, describe the item you are not sure about. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. This time period is extended to 20 business days if the error involves an electronic funds transfer to or from your account within 30 days after the first deposit to the account.

**In Case of Errors or Questions Not Involving Electronic Transfers.** You must promptly examine your statement and notify us of any errors. For any errors that do not involve electronic transfers, we must hear from you no later than 30 days after we sent you the FIRST statement on which the suspected error appeared. Give us the information desired in the previous paragraph for us to investigate the suspected error. We will correct any error promptly. If TCF does not hear from you within the 30 day period, we are released from all liability for the transactions unless otherwise stated in your Account Contract.

**Checking Your Preauthorized Credit Deposits.** If you have arranged direct deposits to your checking or savings account at least once every 60 days from the same person or company, you can check to see if the deposits were made by calling the phone number on the front of this statement.

**Your Right to Stop Payment on Preauthorized Payments.** If you have told us in advance to make regular payments out of your checking or savings account, you can stop any of these payments. Call us at the telephone number or write us at the address shown on the front of this statement in time for us to receive your request 3 Business Days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. We will charge you a fee for each stop payment order you give.

## CONSUMER BILLING RIGHTS SUMMARY FOR OVERDRAFT PROTECTION LINE OF CREDIT TRANSACTIONS

**What to Do if You Think You Find a Mistake on Your Statement.** If you think there is an error on your statement, write us on a separate sheet at the address listed on the front of this statement. In your letter, give us the following information: 1) *Account information*: Your name and account number; 2) *Dollar amount*: The dollar amount of the suspected error; 3) *Description of the Problem*: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your spending limit.



©2001-2016 TCF National Bank Member FDIC. tcfbank.com. X066 CBB (REV 11/14/16)